NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6551
    Facsimile: (213) 894-0115
    E-mail: andrew.t.pribe@usdoj.gov

*Attorneys for the United States of America*

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cv-000147 R(JPRx) |
| Plaintiff, | Judgment |
| v. | |
| NEUROMONITOR, LLC, | |
| Defendant. | |

1. The default entered against Neuromonitor, LLC, is set aside.

2. Judgment is entered in favor of the United States of America, Plaintiff, and against Neuromonitor, LLC, Defendant, in the amount of $340,230.88 plus statutory interest from July 2, 2018, plus costs.  Statutory interest includes prejudgment interest at the rate specified in Title 26 of the United States Code until the date of judgment and post-judgment interest at the rate specified in Title 28 of the United States Code thereafter.

3. Each party to bear their own attorney's fees.

IT IS SO ORDERED.

DATED:  July 10, 2018

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE